No. 75–1870.  E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* COLLINS ET AL.; and

No. 75–1872.  SECURITIES AND EXCHANGE COMMISSION *v.* COLLINS ET AL.  C. A. 8th Cir.  [Certiorari granted, *ante,* p. 815.]  Motion of petitioners for additional time for oral argument granted and 15 additional minutes allotted for that purpose.  Respondents also allotted an additional 15 minutes for oral argument.

No. 76–15.  CONTINENTAL T. V., INC., ET AL. *v.* GTE SYLVANIA, INC.  C. A. 9th Cir.  [Certiorari granted, *ante,* p. 893.]  Motion of Motor Vehicle Manufacturers Assn. to reconsider order denying leave to file brief as *amicus curiae* granted, and it is now ordered that motion for leave to file be granted and brief filed.

No. 76–180.  SMITH, ADMINISTRATOR, NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.;

No. 76–183.  SHAPIRO, EXECUTIVE DIRECTOR, NEW YORK STATE BOARD OF SOCIAL WELFARE, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.;

No. 76–5193.  RODRIGUEZ ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.; and

No. 76–5200.  GANDY ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.  Appeals from D. C. S. D. N. Y.  [Probable jurisdiction noted, *ante,* p. 883.]  Motion of A Group of Concerned Persons for Children for leave to file a brief as *amicus curiae* granted.

No. 76–333.  UNITED AIR LINES, INC. *v.* EVANS.  C. A. 7th Cir.  [Certiorari granted, *ante,* p. 917.]  Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted.

No. 76–682.  SANTA CLARA PUEBLO ET AL. *v.* MARTINEZ ET AL.  C. A. 10th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.